UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Law Offices of Blomberg Benson & Garrett, Inc.<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Salvadore Ramirez et al.,<br><br>　　　　　　Defendants. | 5:11-cv-02008-SVW-SP<br><br>JUDGMENT<br><br>JS - 6 |

　　　Judgment is hereby entered in favor of Plaintiff Law Offices of Blomberg Benson & Garrett, Inc. and Defendant United States Department of Health and Human Services, as stated on the record on March 6, 2012. (See Docket No. 32).

　　　IT IS SO ORDERED.

DATED: March 21, 2012

　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE